IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:22-cr-63-DPM

DEONTRE RASHAD HURST                                        DEFENDANT

## ORDER

1. After conferring with counsel, Deontre Rashad Hurst consented to a plea hearing before Magistrate Judge Beth Deere. On *de novo* review, the Court adopts her recommendation, Doc. 28. No objections were filed and the time to do so has passed.

2. Hurst, who had previously been convicted of a felony, knowingly possessed a firearm with a connection to interstate commerce on 25 January 2022 in the Eastern District of Arkansas, as charged in count one of the Indictment. He made a knowing and voluntary choice to plead guilty under the terms of his proposed plea agreement. The Court has reviewed and accepts that agreement. Fed. R. Crim. P. 11(c)(3)(A).

3. The Court accepts Hurst's guilty plea and convicts him of the offense.

4. A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*11 May 2023*